IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
AUGUSTINE ROSARIO,          )
                            )
         Plaintiff,         )    Civil Action No. 06-782
                            )
    v.                      )
                            )    Judge McVerry
                            )    Magistrate Judge Caiazza
                            )
LOUIS S. FOLINO, et al.,    )
                            )
         Defendants.        )
```

### MEMORANDUM ORDER

The Plaintiff's Complaint was received by the Clerk of Court on June 14, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on August 8, 2006, recommended that the Plaintiff's Motion for Preliminary Injunction (Doc. 4) be denied.

Objections to the Report and Recommendation were filed by the Plaintiff on August 15, 2006.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following ORDER is entered:

AND NOW, this 23rd day of August, 2006,

IT IS HEREBY ORDERED that the Motion for Preliminary Injunction (Doc. 4) is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 8), dated August 8, 2006, is adopted as the opinion of the district court.

                              BY THE COURT:

                              <u>s/ Terrence F. McVerry</u>
                              United States District Court Judge

cc:
Augustine Rosario, CB-6942
SCI-Greene
175 Progress Drive
Waynesburg, PA  15370

Mariah L. Passarelli, Esq.

                                            Francis X. Caiazza
                                            U.S. Magistrate Judge